# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2604NE

_____

Juneal D. Pratt,                          *
                                          *
                  Appellant,              *    Appeal from the United States
                                          *    District Court for the District
        v.                                *    of Nebraska.
                                          *
Robert Houston,                           *          [UNPUBLISHED]
                                          *
                  Appellee.               *

_____

Submitted:  February 24, 1999
Filed: March 3, 1999

_____

Before McMILLIAN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Juneal D. Pratt appeals the district court's denial of Pratt's petition for writ of habeas corpus.  A review of the record shows the district court's decision is clearly correct.  Because the appeal involves the straightforward application of settled principles of law, a discussion of the issues will serve no useful purpose.  We thus affirm the district court without an extended opinion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.